# EXHIBIT B

# WB-40 AMENDMENT TO OFFER TO PURCHASE

CAUTION: Use a WB-40 Amendment if both Parties will be agreeing to modify the terms of the Offer.
Use a WB-41 Notice if a Party is giving a Notice which does not require the other Party's agreement.

1 Buyer and Seller agree to amend the Offer dated __January 8, 2021__, and accepted __January 26, 2021__, for
2 the purchase and sale of real estate at __2003-2013 E. 10th St. Menominee, MI__
3 _____, Wisconsin as follows:
4 Closing date is changed from __April 28th__, __2021__, to __July 1st, 2021 or later as defined below in Other__.
5 Purchase price is changed from $_____ to $_____.
6 Other: __Buyer and Seller agree that the sale is contingent to Yuma Way MI LLC receiving a license from the City of Menominee to operate a__
7 __a retail marihuana establishment at the property. The closing date shall be defined as the later of July 1st, 2021 or five (5) business days following__
8 __Yuma Way MI LLC receiving a license to operate a marihuana retail establishment at the above-mentioned property. Seller agrees to sign any__
9 __forms and otherwise cooperate with Yuma Way MI LLC's request from the City of Menominee and the State of Michigan to award a license to__
10 __Yuma Way MI to operate a marihuana retail establishment at the Property.__

28 The attached _____ is/are made part of this Amendment.
29 ALL OTHER TERMS OF THE OFFER TO PURCHASE AND ANY PRIOR AMENDMENTS REMAIN THE SAME.
30 This Amendment is binding upon Seller and Buyer only if a copy of the accepted Amendment is delivered to the Party
31 offering the Amendment on or before __April 13th, 2021__ (Time is of the Essence). Delivery
32 of the accepted Amendment may be made in any manner specified in the Offer to Purchase, unless otherwise provided
33 in this Amendment.
34 **NOTE: The Party offering this Amendment may withdraw the offered Amendment prior to acceptance and**
35 **delivery as provided at lines 30-33.**

36 This Amendment was drafted by __1240 S Bannock LLC__ on __04/08/2021__
   Licensee and Firm ▲                                      Date ▲

38 This Amendment was presented by __Dennis Sein__ on __4/12/21__
   Licensee and Firm ▲                                      Date ▲

(x) _____  Date ▲   (x) __Donald J Nerat__  Date ▲
Buyer's Signature ▲                   Seller's Signature ▲
Print name ▶                          Print name ▶ Donald J Nerat

(x) _____  Date ▲   (x) __Steven A Nerat__  Date ▲
Buyer's Signature ▲                   Seller's Signature ▲
Print name ▶                          Print name ▶ Steven A Nerat

This Amendment was rejected _____  _____  _____  _____
                            Party Initials ▲  Date ▲  Party Initials ▲  Date ▲

Approved by the Wisconsin Real Estate Examining Board
10-1-15 (Optional Use Date) 1-1-16 (Mandatory Use Date)

## WB-40 AMENDMENT TO OFFER TO PURCHASE

**CAUTION:** Use a WB-40 Amendment if both Parties will be agreeing to modify the terms of the Offer.
Use a WB-41 Notice if a Party is giving a Notice which does not require the other Party's agreement.

1 Buyer and Seller agree to amend the Offer dated __January 8, 2021__, and accepted __January 26, 2021__, for
2 the purchase and sale of real estate at __2003-2013 E. 10th St, Menominee, MI__
3 _____, Wisconsin as follows:
4 Closing date is changed from __April 28th__, __2021__, to __July 1st, 2021 or later as defined below in Other__.
5 Purchase price is changed from $_____ to $_____
6 Other: __Buyer and Seller agree that the sale is contingent to Yuma Way MI LLC receiving a license from the City of Menominee to operate a__
7 __a retail marihuana establishment at the property. The closing date shall be defined as the later of July 1st, 2021 or five (5) business days following__
8 __Yuma Way MI LLC receiving a license to operate a marihuana retail establishment at the above-mentioned property. Seller agrees to sign any__
9 __forms and otherwise cooperate with Yuma Way MI LLC's request from the City of Menominee and the State of Michigan to award a license to__
10 __Yuma Way MI to operate a marihuana retail establishment at the Property__
11–27 _____
28 The attached _____ is/are made part of this Amendment.
29 ALL OTHER TERMS OF THE OFFER TO PURCHASE AND ANY PRIOR AMENDMENTS REMAIN THE SAME.
30 This Amendment is binding upon Seller and Buyer only if a copy of the accepted Amendment is delivered to the Party
31 offering the Amendment on or before __April 18th, 2021__ (Time is of the Essence). Delivery
32 of the accepted Amendment may be made in any manner specified in the Offer to Purchase, unless otherwise provided
33 in this Amendment.
34 **NOTE:** The Party offering this Amendment may withdraw the offered Amendment prior to acceptance and
35 delivery as provided at lines 30-33.

36 This Amendment was drafted by __1240 S Bannock LLC__ on __04/08/2021__
37 Licensee and Firm ▲                                                Date ▲

38 This Amendment was presented by _____ on _____
39 Licensee and Firm ▲                                                Date ▲

40 (x) [signature]                          4/8/21            (x) _____     _____
41 Buyer's Signature ▲                      Date ▲            Seller's Signature ▲       Date ▲
42 Print name ▶                                               Print name ▶

43 (x) [signature]                          04/08/21          (x) _____     _____
44 Buyer's Signature ▲                      Date ▲            Seller's Signature ▲       Date ▲
45 Print name ▶                                               Print name ▶

46 This Amendment was rejected _____  _____  _____  _____
47                              Party Initials ▲  Date ▲  Party Initials ▲  Date ▲