# EXHIBIT C

**User Activity Report** — Page 1

July 15, 2021/3:49 PM

User Activity from 02/02/2021 to 02/02/2021

Section: Wires

| Date | User ID | Channel | Action | Details | |
|---|---|---|---|---|---|
| 2/2/2021 10:03 AM | kmerkulo1 | Web | Create, Initiate and Approve One-Time Wire | **KIRILL MERKULOV** | |
| | | | | Send On Date: | 02/02/2021 |
| | | | | From Account: | 3792602652 - Kirill Checking 2652 |
| | | | | Amount: | $5,000.00 |
| | | | | Beneficiary Name: | Integra First Federal Credit Union |
| | | | | Beneficiary Address: | 2600 10th St |
| | | | | | Menominee, MI 49858 |
| | | | | Beneficiary Acct. Number: | 90005314 |
| | | | | Beneficiary Bank ID: | 075900575 |
| | | | | Bank ID Type: | Routing Number |
| | | | | Beneficiary Bank Name: | Associated Bank |
| | | | | Originator to Beneficiary: | for final credit to: |
| | | | | | Bay Title & Abstract Inc trust acct |
| | | | | | 824 10th Ave, Menominee, MI 49858 |
| | | | | | acct 2914350 escrow 1003 10th st |
| 2/2/2021 10:14 AM | kmerkulo1 | Web | Create, Initiate and Approve Future-Dated Wire | | |
| 2/2/2021 10:15 AM | kmerkulo1 | Web | Initiate and Approve Future-Dated Wire from Template | | |