# EXHIBIT D

## Williams, Shoran Reid

| | |
|---|---|
| **From:** | Jessica Reuven <jessica.reuven@gmail.com> |
| **Sent:** | Friday, July 16, 2021 6:02 PM |
| **To:** | Williams, Shoran Reid |
| **Subject:** | 2003-2013 10th St Wire Instruction Email |
| **Attachments:** | PDF Scan.pdf |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

\*\* Ensure you trust and expect email from "jessica.reuven@gmail.com" before clicking links/attachments. \*\*


---------- Forwarded message ---------
From: **Laurie Kloida** <lkloida@baytitle.com>
Date: Mon, Feb 1, 2021 at 10:15 AM
Subject: 10th Street property
To: jessica.reuven@gmail.com <jessica.reuven@gmail.com>



Laurie Kloida
Bay Title & Abstract, Inc.
824 10th Ave.
Menominee, MI 49858
P-906-864-0052
Email-lkloida@baytitle.com

Online banking and wire fraud is on the rise! Cyber criminals are hacking email accounts and sending emails with fake wiring instructions prior to closing a transaction. ALWAYS independently confirm our wiring instructions either in person or by calling our office using a trusted and verified phone number before wiring any funds!

This communication is intended only for the person or entity to which it is addressed and may contain confidential, proprietary, and/or privileged material. Unless you are the intended addressee, any review, reliance, dissemination, distribution, copying or use whatsoever of this communication is strictly prohibited. If you received this in error, please reply immediately and delete the material from all computers.

1



## BAY TITLE & ABSTRACT, INC.

# Wiring Instructions

| | |
|---|---|
| Funds should be wired to: | Associated Bank<br>200 North Adams Street<br>Green Bay, WI 54301<br>Ph: 920-433-3200 |
| ABA Routing #: | 075900575 |
| On to: | Integra First Federal Credit Union<br>2600 10th Street<br>Menominee, MI 49858 |
| Account No: | 90005314 |
| For Final Credit to: | Bay Title & Abstract, Inc.<br>Trust Account<br>824 10th Avenue<br>Menominee, MI 49858 |
| Account No: | 2914350 |