UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

1240 S. BANNOCK, LLC.,

      Plaintiff,                            Case No. 2:21–cv–183

v.                                      Hon. Paul L. Maloney

DENNIS SIEM, et al.,

      Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

     NOTICE is hereby given that the above-captioned case was electronically filed in this court on August 6, 2021 . The case has been assigned to Paul L. Maloney .
     The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1. Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                                    CLERK OF COURT

Dated: August 10, 2021         By:   /s/ P. Woods
                                                Deputy Clerk