# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

1240 S. BANNOCK, LLC,
Colorado limited liability corporation,

v.

DENNIS SIEM, DONALD J. NERAT, STEVEN A. NERAT, COLDWELL BANKER REAL ESTATE GROUP, and BAY TITLE & ABSTRACT.

Case No. 2:21-cv-00183
Hon. Paul L. Maloney

TO: Dennis Siem
ADDRESS: 310 43rd Avenue
Menominee, MI 49858

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Sharon R. Williams (P83262)
Miller Johnson
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503

CLERK OF COURT




By: Deputy Clerk

Date: August 10, 2021

## PROOF OF SERVICE

This summons for Dennis Siem (name of individual and title, if any) was received by me on ______ (date).

☐ I personally served the summons on the individual at ______ (place where served) on ______ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______ (name), a person of suitable age and discretion who resides there, on ______ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______ (name of individual), who is designated by law to accept service of process on behalf of ______ (name of organization) on ______ (date).

☐ I returned the summons unexecuted because ______.

☐ Other *(specify)* ______.

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under the penalty of perjury that this information is true.

Date: ______

______
*Server's signature*

Additional information regarding attempted service, etc.:

______
*Server's printed name and title*

______
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

1240 S. BANNOCK, LLC,
Colorado limited liability corporation,

v.

DENNIS SIEM, DONALD J. NERAT, STEVEN A. NERAT, COLDWELL BANKER REAL ESTATE GROUP, and BAY TITLE & ABSTRACT.

Case No. 2:21-cv-00183
Hon. Paul L. Maloney

TO: Donald J. Nerat
ADDRESS: 4611 14th Street
Menominee, MI 49858

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Shoran R. Williams (P83262)
Miller Johnson
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503

CLERK OF COURT




By: Deputy Clerk ____________________ Date: August 10, 2021

---

## PROOF OF SERVICE

This summons for Donald J. Nerat (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________.

I declare under the penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

Additional information regarding attempted service, etc.:

____________
*Server's printed name and title*

____________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

1240 S. BANNOCK, LLC,
Colorado limited liability corporation,

v.

DENNIS SIEM, DONALD J. NERAT, STEVEN A. NERAT, COLDWELL BANKER REAL ESTATE GROUP, and BAY TITLE & ABSTRACT.

Case No. 2:21-cv-00183
Hon. Paul L. Maloney

TO: Steven A. Nerat
ADDRESS: 6791 Fairland Loop
Menominee, MI 49858

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Sharon R. Williams (P83262)
Miller Johnson
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503

CLERK OF COURT




By: Deputy Clerk

August 10, 2021
Date

## PROOF OF SERVICE

This summons for Steven A. Nerat (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________.

I declare under the penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

Additional information regarding attempted service, etc.:

____________
*Server's printed name and title*

____________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

1240 S. BANNOCK, LLC,
Colorado limited liability corporation,

v.

DENNIS SIEM, DONALD J. NERAT, STEVEN A. NERAT, COLDWELL BANKER REAL ESTATE GROUP, and BAY TITLE & ABSTRACT.

Case No. 2:21-cv-00183
Hon. Paul L. Maloney

TO: Coldwell Banker Real Estate Group
ADDRESS: c/o Ryan Fulcer
Vice President
2830 E. John Street
Appleton, WI 54915

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Shoran R. Williams (P83262)
Miller Johnson
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503

CLERK OF COURT




By: Deputy Clerk

August 10, 2021
Date

## PROOF OF SERVICE

This summons for Coldwell Banker Real Estate Group (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

Additional information regarding attempted service, etc.:

____________
*Server's printed name and title*

____________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

1240 S. BANNOCK, LLC,
Colorado limited liability corporation,

v.

DENNIS SIEM, DONALD J. NERAT, STEVEN A. NERAT, COLDWELL BANKER REAL ESTATE GROUP, and BAY TITLE & ABSTRACT.

Case No. 2:21-cv-00183
Hon. Paul L. Maloney

TO: Bay Title and Abstract Inc.
ADDRESS: c/o Wes Hoffman, Esq.
Hoffman Law
962 1st Street
Menominee, MI 49858

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Shoran R. Williams (P83262)
Miller Johnson
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503

CLERK OF COURT




By: Deputy Clerk — Date: August 10, 2021

## PROOF OF SERVICE

This summons for Bay Title and Abstract Inc. (name of individual and title, if any) was received by me on ________ (date).

☐ I personally served the summons on the individual at ________ (place where served) on ________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ________ (name), a person of suitable age and discretion who resides there, on ________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ________ (name of individual), who is designated by law to accept service of process on behalf of ________ (name of organization) on ________ (date).

☐ I returned the summons unexecuted because ________.

☐ Other *(specify)* ________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: ________

________
*Server's signature*

Additional information regarding attempted service, etc.:

________
*Server's printed name and title*

________
*Server's address*