UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

1240 S. BANNOCK, LLC, Colorado

Plaintiff(s),

Case No. 2:21-cv-00183

v.

Hon. Paul L. Maloney

DENNIS SIEM, DONALD J. NERAT

Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

__1240 S. BANNOCK, LLC__
(Party Name)

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: __August 11, 2021__

/s/ Shoran R. Williams
(Signature)
Shoran R. Williams (P83262)
Joslin E. Monahan (P77362)
Miller Johnson
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503
616.831.1700