UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

1240 S. Bannock, LLC

    Plaintiff(s),

Case No. 2:21-cv-00183

v.

Hon. Paul L. Maloney

Dennis Siem, Donald J. Nerat, Stev(

    Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, __Coldwell Banker Real Estate Group__ (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   A.) Parent Company: Prodehl Brokerage, Inc. f/k/a Prodehl Holdings, Inc., an Illinois corporation (Illinois File #71453502); B.) Grandparent Company: Prodehl Family Companies, Inc. (Illinois File #72769201)

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: __September 7, 2021__

_Theresa M. Asoklis_
(Signature)
Theresa M. Asoklis
Collins Einhorn Farrell PC
4000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-4141