AO 440 (Rev. 01/09) Summons in a Civil Action (12/15) Case 2:21-cv-00183-PLM-MV ECF No. 4, PageID.32 Filed 08/10/21 Page 5 of 5

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

1240 S. BANNOCK, LLC,
Colorado limited liability corporation,

v.

DENNIS SIEM, DONALD J. NERAT, STEVEN A. NERAT, COLDWELL BANKER REAL ESTATE GROUP, and BAY TITLE & ABSTRACT.

Case No. 2:21-cv-00183
Hon. Paul L. Maloney

TO: Bay Title and Abstract Inc.
ADDRESS: c/o Wes Hoffman, Esq.
Hoffman Law
962 1st Street
Menominee, MI 49858

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Shoran R. Williams (P83262)
Miller Johnson
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503

CLERK OF COURT



By: Deputy Clerk         August 10, 2021
                          Date

---

### PROOF OF SERVICE

This summons for ____Bay Title and Abstract Inc.____ was received by me on __8.10.21__.

☐ I personally served the summons on the individual at _____ on _____.

☐ I left the summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.

☑ I served the summons on __Mark McDonald__, who is designated by law to accept service of process on behalf of __Bay Title and Abstract Inc.__ on __8.23.21 at 8:30 am__.

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Additional information regarding attempted service, etc.:

_Jessica Brickner_
JESSICA BRICKNER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OTTAWA
MY COMMISSION EXPIRES May 19, 2028
ACTING IN COUNTY OF __Kent__

_Ann L. Johnson_ (Server's signature)
Ann L. Johnson (Server's printed name and title)
45 Ottawa Ave. SW, Grand Rapids, MI 49503 (Server's address)