AO 440 (Rev. 01/09) Summons in a Civil Action Case 2:21-cv-00183-PLM-MV (Rev. 11/15) ECF No. 4, PageID.31  Filed 08/10/21  Page 4 of 5

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

1240 S. BANNOCK, LLC,
Colorado limited liability corporation,

v.

DENNIS SIEM, DONALD J. NERAT, STEVEN A.
NERAT, COLDWELL BANKER REAL ESTATE
GROUP, and BAY TITLE & ABSTRACT.

Case No. 2:21-cv-00183
Hon. Paul L. Maloney

TO: Coldwell Banker Real Estate Group
ADDRESS: c/o Ryan Fulcer
Vice President
2830 E. John Street
Appleton, WI 54915

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Shoran R. Williams (P83262)
Miller Johnson
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503

CLERK OF COURT



By: Deputy Clerk                August 10, 2021
                                     Date

---

## PROOF OF SERVICE

This summons for ____Coldwell Banker Real Estate Group____ was received by me on __8.10.21__.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                            (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☒ I served the summons on __Ryan Fulcer__, who is designated by law to accept service
                             (name of individual)
of process on behalf of __Coldwell Banker Real Estate Group__ on __8.19.21__ at __11:42 am__.
                           (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

Additional information regarding attempted service, etc.:

_Ann L. [signature]_
Server's signature

Ann L. Johnson
Server's printed name and title

45 Ottawa Ave SW, Grand Rapids, MI 49503
Server's address

JESSICA BRICKNER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OTTAWA
MY COMMISSION EXPIRES May 19, 2028
ACTING IN COUNTY OF Kent