IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

1240 S. BANNOCK, LLC,
Colorado limited liability corporation,

      Plaintiff,　　　　　　　　　　Case No. 2:21-cv-00183

v.　　　　　　　　　　　　　　　　　Hon. Paul L. Maloney

DENNIS SIEM, DONALD J. NERAT,
STEVEN A. NERAT, COLDWELL
BANKER REAL ESTATE GROUP,
BAY TITLE & ABSTRACT, INC.

      Defendants.

**STIPULATION AND ORDER FOR DISMISSAL OF
BAY TITLE & ABSTRACT, INC.  WITH PREJUDICE**

This matter having come before the Court pursuant to the stipulation between 1240 S. Bannock, LLC and Bay Title & Abstract, Inc., and the Court being otherwise fully advised in the premises;

Whereas Plaintiff 1240 S. Bannock, LLC and Defendant Bay Title Abstract, Inc. have settled the dispute between them and have agreed to a dismissal of Bay Title & Abstract, Inc. with prejudice and without costs to either party;

**IT IS ORDERED** that Bay Title & Abstract, Inc. is dismissed from this case with prejudice and without costs to either Bay Title & Abstract, Inc. or 1240 S. Bannock, LLC. The Court reserves jurisdiction to enforce the parties' settlement agreement.

Dated:　October 4, 2021　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　HON. PAUL L. MALONEY
　　　　　　　　　　　　　　　　　　　　District Court Judge

2

| | |
|---|---|
| MILLER JOHNSON<br>Attorneys for Plaintiff | KENDRICKS, BORDEAU, KEEFE, SEAVOY &<br>LARSEN, P.C.<br>Attorneys for Bay Title & Abstract, Inc. |
| By: /s/ Sharon R. Williams<br>    Sharon R. Williams (P83262)<br>    Joslin E. Monahan (P77362)<br>    45 Ottawa Ave SW, Suite 1100<br>    Grand Rapids, MI 49501-0306<br>    (616) 831-1700 | By: /s/ Patrick C. Greeley (with permission)<br>    Patrick C. Greeley (P80895)<br>    128 West Spring Street<br>    Marquette, MI 49855<br>    (906) 226-2543 |
| Dated: September 28, 2021 | Dated: September 28, 2021 |