UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| 1240 S. BANNOCK, LLC, | ) | |
| | ) | Case No. 2:21-cv-00183-PLM-MV |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Paul L. Maloney |
| | ) | |
| DENNIS SIEM, DONALD J. NERAT, | ) | U.S. Magistrate Judge: |
| STEVEN A. NERAT, COLDWELL | ) | Hon. Maarten Vermaat |
| BANKER REAL ESTATE GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER EXTENDING TIME

NOW COME Plaintiff and Defendants Steven Nerat and Donald Nerat (the "**Nerat Defendants**") and hereby stipulate that the Nerat Defendants shall have until October 18, 2021 to answer the First Amended Complaint or take other action permitted by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: _____          _____

Approved as to form and substance:


s/ Shoran Reid Williams                    s/ Phillip B. Toutant
_____    _____
SHORAN REID WILLIAMS (P83262)      PHILLIP B. TOUTANT (P72992)
Attorney for Plaintiff                     Attorney for Nerat Defendants