UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| 1240 S. BANNOCK, LLC, | ) | |
| | ) | Case No. 2:21-cv-00183-PLM-MV |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Paul L. Maloney |
| | ) | |
| DENNIS SIEM, DONALD J. NERAT, | ) | U.S. Magistrate Judge: |
| STEVEN A. NERAT, COLDWELL | ) | Hon. Maarten Vermaat |
| BANKER REAL ESTATE GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER EXTENDING TIME

NOW COME Plaintiff and Defendants Steven Nerat and Donald Nerat (the "**Nerat Defendants**") and hereby stipulate that the Nerat Defendants shall have until October 18, 2021 to answer the First Amended Complaint or take other action permitted by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:  October 18, 2021                                              /s/  Paul L. Maloney
                                                                                                   Paul L. Maloney
                                                                                                   United States District Judge

Approved as to form and substance:

| | |
|---|---|
| s/ Shoran Reid Williams | s/ Phillip B. Toutant |
| SHORAN REID WILLIAMS (P83262) | PHILLIP B. TOUTANT (P72992) |
| Attorney for Plaintiff | Attorney for Nerat Defendants |