IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| 1240 S. BANNOCK, LLC, Colorado limited liability corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DENNIS SIEM, DONALD J. NERAT, STEVEN A. NERAT, COLDWELL BANKER REAL ESTATE GROUP<br><br>　　　　Defendants. | Case No. 2:21-cv-00183<br><br>U.S. District Judge:<br>Hon. Paul L. Maloney<br><br>U.S. Magistrate Judge:<br>Hon. Maarten Vermaat |

## CERTIFICATE OF COMPLIANCE

NOW COMES Plaintiff, by and through its attorneys, Miller Johnson, and states that Plaintiff's Response to Defendants Dennis Siem and Coldwell Banker Real estate Group's Motion to Dismiss complies with L. Civ. R. 7.2(b)(ii), as it is less than 25 pages and contains 4,939 words including headings, footnotes, citations and quotations. This brief was produced with Microsoft Word for Office 365.

　　　　　　　　　　　　　　　　　　　　Miller Johnson
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: November 12, 2021　　　　　By:　/s/Shoran R. Williams
　　　　　　　　　　　　　　　　　　　　Shoran R. Williams (P83262)
　　　　　　　　　　　　　　　　　　　　Joslin E. Monahan (P77362)
　　　　　　　　　　　　　　　　　　　　MILLER JOHNSON
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　45 Ottawa Avenue SW, Suite 1100
　　　　　　　　　　　　　　　　　　　　Grand Rapids, MI  49503
　　　　　　　　　　　　　　　　　　　　616.831.1700
　　　　　　　　　　　　　　　　　　　　williamssr@millerjohnson.com
　　　　　　　　　　　　　　　　　　　　monahanj@millerjohnson.com