IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| 1240 S. BANNOCK, LLC, Colorado limited liability corporation, | |
| Plaintiff, | Case No. 2:21-cv-00183 |
| v. | U.S. District Judge: Hon. Paul L. Maloney |
| DENNIS SIEM, DONALD J. NERAT, STEVEN A. NERAT, COLDWELL BANKER REAL ESTATE GROUP | U.S. Magistrate Judge: Hon. Maarten Vermaat |
| Defendants. | |

## CERTIFICATE OF COMPLIANCE

NOW COMES Plaintiff, by and through its attorneys, Miller Johnson, and states that Plaintiff's Response to Defendants Donald J. Nerat's and Steven J. Nerat's Motion to Dismiss complies with L. Civ. R. 7.2(b)(ii), as it is less than 25 pages and contains 5,460 words including headings, footnotes, citations and quotations. This brief was produced with Microsoft Word for Office 365.

                                             Miller Johnson
                                             Attorney for Plaintiff

Dated: November 12, 2021                 By:  */s/Shoran R. Williams*
                                                      Shoran R. Williams (P83262)
                                                      Joslin E. Monahan (P77362)
                                                      MILLER JOHNSON
                                                      Attorneys for Plaintiff
                                                      45 Ottawa Avenue SW, Suite 1100
                                                      Grand Rapids, MI  49503
                                                      616.831.1700
                                                      williamssr@millerjohnson.com
                                                      monahanj@millerjohnson.com