UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

1240 S. BANNOCK, LLC.,

    Plaintiff,

v.

                                Case No. 2:21-cv-183

DENNIS SIEM, et al.,              HONORABLE PAUL L. MALONEY

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff initiated this lawsuit by filing its complaint on August 6, 2021 (ECF No. 1). Plaintiff amended its complaint on September 28, 2021 (ECF No. 16). Two motions to dismiss were then filed by Defendants. (ECF No. 20 (filed by Dennis Siem and the Coldwell Banker Real Estate Group), and ECF No. 21 (filed by Donald J. Nerat and Steven A. Nerat).) The motions were referred to the Magistrate Judge, who issued a Report and Recommendation on May 27, 2022, recommending that this Court grant the motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motions to dismiss (ECF No. 20 and 21) are GRANTED.

A Judgment will be entered consistent with this Order.

Dated:  June 15, 2022                                            /s/  Paul L. Maloney
                                                                     Paul L. Maloney
                                                                       United States District Judge