UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

1240 S. BANNOCK, LLC.,

    Plaintiff,

v.

DENNIS SIEM, et al.,

    Defendants.
_____/

Case No. 2:21-cv-183

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: June 15, 2022

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge